AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jeffrey A. Paris, Esq.   SBN 113527<br>Paris and Paris, LLP<br>424 Pico Blvd<br>Santa Monica, CA 90405<br>TELEPHONE NO.: 310-392-8722   FAX NO.: 310-392-1768<br>ATTORNEY FOR (Name): Plaintiffs | FILED<br>CLERK, U.S. DISTRICT COURT<br>FEB 21 2008<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

NAME OF COURT: United States District Court, Central District of California
STREET ADDRESS: ~~312 North Springs Street~~
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME:

PLAINTIFF: Dan Andrews, et al.

DEFENDANT: Steve Austin, et al

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| [✓] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person)<br>    [✓] Judgment Debtor   [ ] Third Person | 07-CV-05491 AHS (AJWx) |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO (name): Tag Entertainment USA, Inc.
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [✓] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: MARCH 31, 2008   Time: 10:00 AM   ~~Dept.~~: 690   Courtroom
Address of court [ ] shown above [✓] is: 255 E Temple St. Roybal Courthouse, L.A. CA 90012

3. This order may be served by a sheriff, marshal, registered process server, **or** the following specially appointed person (name):

Date: 2.21.2008

_____
JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [✓] Judgment creditor   [ ] Assignee of record   [ ] Plaintiff who has a right to attach order
applies for an order requiring (name): Tag Entertainment Corporation   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [✓] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: January 10, 2008

Jeffrey A. Paris                                    ▶
(TYPE OR PRINT NAME)                                (SIGNATURE OF DECLARANT)

(Continued on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
AT-138, EJ-125 [Rev. July 1, 2000]

**APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION**
(Attachment—Enforcement of Judgment)

Code of Civil Procedure,
§§ 491.110, 708.110, 708.120

American LegalNet, Inc.
www.USCourtForms.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAN ANDREWS, et al. ) | CASE NO. 1:06-CV-02242 |
| ) | |
| Plaintiffs, ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| v. ) | |
| ) | |
| STEVE AUSTIN, et al. ) | |
| ) | |
| Defendants. ) | |

## CONSENT JUDGMENT ENTRY

Upon consideration of the Plaintiffs' Emergency Motion for Immediate Entry of Consent Judgment, it appearing to the Court that said Defendants defaulted under the Settlement Agreement and authorized Plaintiffs' counsel to waive all errors, defenses and rights of appeal and enter a judgment against Defendants, it is hereby:

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiffs Dan Andrews, Craig Andrews and Noel Menesse and against Defendants Steve Austin, Animal Partners, Tag Entertainment Corp., Steve Austin Productions LLC and Tag Entertainment USA, Inc., jointly and severally, for damages in the amount of $221,000.00, plus 10% interest; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defendants shall pay all costs incurred herein, including all Plaintiffs' attorneys' fees pursuant to the settlement agreement.

IT IS SO ORDERED.

May 9, 2007
Date

/s/SOLOMON OLIVER, JR.
Judge
UNITED STATES DISTRICT JUDGE

-4-

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: _____